UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HERMAN NIXON JR. | CIVIL ACTION |
| VERSUS | NO. 20-2934 |
| PETIE NEAL, ET AL. | SECTION "L" (2) |

## ORDER

Having reviewed the complaint, the applicable law, and the Magistrate Judge's Report and Recommendation, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6), 28 U.S.C. § 1915(e)(2), 28 U.S.C. § 1915A(a)–(b), and/or 42 U.S.C. § 1997e(c)(1).

**IT IS FURTHER ORDERED** that Plaintiff's state law negligence claims are **DISMISSED WITHOUT PREJUDICE** because the court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c).

New Orleans, Louisiana, this 30th day of June, 2021.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE